CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 15 2009

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bugh
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEROME BAILEY, | ) |
| Plaintiff, | ) Case No. 7:09CV00177 |
| v. | ) |
| | ) **FINAL ORDER** |
| KENNETH L. OSBOURNE, | ) |
| | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254; is hereby **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases; and is stricken from the active docket of the court.

ENTER: This 15th day of May, 2009.

/s/ Glen E. Conrad
United States District Judge